UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff, | ) | CASE NO.1:09CR449-001 |
| | ) | |
| -vs- | ) | |
| | ) | |
| ANTHONY GILL, | ) | <u>ORDER</u> |
| | ) | |
| | ) | |
| Defendant. | | |

     The Defendant, Anthony Gill, was ordered committed to the custody of the Attorney General for Mental Health treatment pursuant to 18 U.S.C. § 4241(d) on January 13, 2010 (ECF Dkt #14). The Defendant is currently housed at the Federal Bureau of Prisons' U.S. Medical Center for Federal Prisoners in Springfield, MO, under the direction of Marty C. Anderson, Warden.

     Warden Anderson petitions the Court for an extended extension of time to complete Mental Health treatment to determine if the Defendant will become competent to proceed with trial, (ECF Dkt #15).

     According to 18 U.S.C. §4241(d)(2)(A), the Court may grant an additional period of time until -

> "his mental condition is so improved that trial may proceed, if the Court finds that there is a substantial probability that within such additional period of time the Defendant will attain the capacity to permit the proceedings to go forward. . ."

     THEREFORE, the Court grants Warden Anderson's motion for an extended period of time until Defendant's condition is so improved that trial may proceed.

Warden Anderson shall provide monthly progress reports to this Court, Joseph Schmitz, AUSA, and Debra Hughes, Federal Public Defender beginning May 7, 2010.

IT IS SO ORDERED.

<u>S/Christopher A. Boyko</u>
Christopher A. Boyko
U.S. District Court Judge

April 7, 2010